UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-20702-CR-MARTINEZ/OTAZO-REYES

UNITED STATES OF AMERICA

    Plaintiff,

vs.

JEAN-PHILIPPE ETIENNE,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon Defendant's Motion for Reconsideration **[ECF No. 95]**, filed on January 30, 2018.

**THE MATTER** was referred to United States Magistrate Judge Alicia M. Otazo-Reyes. The Magistrate Judge held a hearing on March 7, 2018, and accordingly, the Magistrate Judge entered a Report and Recommendation **[ECF No. 121]** filed on March 8, 2018, recommending that Defendant Jean-Philippe Etienne's Motion for Reconsideration [ECF No. 95] be granted.

The parties were afforded the opportunity to file written objections to the report, and the record reveals that Defendant filed a waiver of objection to Magistrate's Report and Recommendation [ECF No. 122].

After a *de novo* review of the record and Magistrate Otazo-Reyes' well-reasoned Report and Recommendation, it is hereby:

**ORDERED AND ADJUDGED** that United States Magistrate Judge Otazo-Reyes' Report and Recommendation **[ECF No. 121]** is hereby **ADOPTED AND APPROVED** in its entirety.

Defendant' Motion for Reconsideration **[ECF No. 95]** is **GRANTED.**

The United States Marshal and the Bureau of Prisons shall release Jean-Philippe Etienne, Reg. No. 16668-104 from custody on the original bond previously posted [ECF No's 47, 48] pending sentencing. Defendant's bond shall be modified to include substance abuse testing and/or treatment.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12 day of March, 2018.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Otazo-Reyes
All Counsel Of Record
U.S. Marshal Service
Bureau of Prisons
U.S. Probation Office